## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **WENDA HARBOUR,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**UNIVERSITY CLUB OF WASHINGTON AND ITS BOARD OF GOVERNORS[1],**<br><br>      **Defendant.** | **Case No.  2021 CA 002148 B** |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, on this date, Defendant University Club of Washington ("Defendant") filed with the United States District Court of the District of Columbia its Notice of Removal, a copy of which is attached to this Notice of Filing.

Dated: July 29, 2021

      */s/ Ethan D. Balsam*
Ethan D. Balsam (Bar No. 975239)
Chelsea Smialek (Bar No. 1048398)
LITTLER MENDELSON P.C.
815 Connecticut Avenue NW, Suite 400
Washington, DC  20006.4046
Telephone:    202.842.3400
Facsimile:     202.842.0011
ebalsam@littler.com
csmialek@littler.com

*Attorneys for Defendant*

---

[1] Plaintiff identifies the "Board of Governors" in the caption, but the Board of Governors is not an entity separate from the University Club of Washington, nor was the Board of Governors identified as a separate party on the docket for the Superior Court of the District of Columbia.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 29, 2021, a copy of the foregoing was served by first class mail, postage prepaid, upon the following:

>Donald M. Temple
>Law Offices of Donald Temple
>1310 L St, NW, Suite 750
>Washington, DC 20005
>
>*Counsel for Plaintiff*

>  */s/ Ethan D. Balsam*
>Ethan D. Balsam